Zachary M. Best. SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MONE THIPAVONG dba M T MINI MART; DANIEL SHABAGLIAN; LILY SHABAGLIAN,<br><br>  Defendants. | No.   1:18-cv-01293-AWI-BAM<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Jose Acosta ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including February 20, 2019 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: January 3, 2019                          MOORE LAW FIRM, P.C.


                                                */s/ Zachary M. Best*
                                                Zachary M. Best
                                                Attorney for Plaintiff,
                                                Jose Acosta